1  Thomas E. Viloria, Esq.
   Nevada Bar No. 003833
2  VILORIA, OLIPHANT,
     OSTER & AMAN, L.L.P.
3  PO Box 62
   Reno, NV 89504
4  (775)284-8888
   mailtev@renonvlaw.com
5  Attorney for Francisco Navarro-Delgado

6              **UNITED STATES DISTRICT COURT**
               **DISTRICT OF NEVADA**
7
                        * * *
8

9  UNITED STATES OF AMERICA          3:21-cr-00012-LRH-WGC

10            Plaintiff,

11     vs.                           **STIPULATION TO CONTINUE**
                                     **SENTENCING**
12  FRANCISCO NAVARRO-DELGADO,

13            Defendants.

14

15       IT IS HEREBY STIPULATED AND AGREED by and through THOMAS E. VILORIA,

16  counsel for FRANCISCO NAVARRO-DELGADO, CHRISTOPHER CHIOU, Acting United

17  States Attorney, and ANDOLYN JOHNSON, Assistant United States Attorney, counsel for

18  UNITED STATES OF AMERICA; that the sentencing set for January 13, 2022, 11:00 a.m. be

19  continued to March 10, 2022, 11:00 a.m.

20       The continuance is necessary for the following reasons:  Due to counsels' ongoing

21  investigation into mitigating factors, the likelihood of motions being filed before sentencing and

22  the need for additional time to effectively prepare for and present each party's sentencing

23  position.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1399521                    -1-

*(left margin, vertical text)* ATTORNEYS AND COUNSELORS AT LAW  Office: (775) 284-8888 Fax: (775) 284-3838  P. O. BOX 62 – RENO, NEVADA 89504  327 CALIFORNIA AVENUE – RENO, NEVADA 89509

*(left margin, vertical text)* VILORIA, OLIPHANT, OSTER & AMAN L.L.P.

1    The defendant, who is out of custody, is in agreement that his counsel needs the

2    additional time and consents to continuance of the sentencing

3        DATED this _____ day of January, 2022.

4

   /s/ Andolyn Johnson
5    ANDOLYN JOHNSON                    THOMAS E. VILORIA
     Asst. United States Attorney        VILORIA, OLIPHANT
6    Counsel for Government                OSTER & AMAN, L.L.P.
                                        Counsel for FRANCISCO NAVARRO-DELGADO
7

8        I, FRANCISCO NAVARRO-DELGADO, hereby consent to the above and foregoing

9    Stipulation to Continue Sentencing.

10       **DATED** this _____ day of January, 2022.

11

12
                                        Francisco Navarro-Delgado
13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1399521                                    -2-

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:21-cr-00012-LRH-WGC |
| Plaintiff, | |
| vs. | **Findings of Fact, Conclusions of Law and Order** |
| FRANCISCO NAVARRO-DELGADO, | |
| Defendant. | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.     The continuance is necessary for the following reasons.  First, the failure to grant this continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

2.     The defendant does not oppose the continuance.

3.     The parties will need additional time to conduct investigation into mitigating factors and there is a likelihood of motions being filed before sentencing.

4.     The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the defendant sufficient time to complete necessary research and prepare for sentencing

5.     Denial of this request for continuance would deny counsel for the defendant sufficient time to effectively and thoroughly prepare, taking into account the exercise of due diligence.

This is the first stipulation to continue the sentencing filed herein.

/ / /

1399521

### CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

### ORDER

IT IS THEREFORE ORDERED that the sentencing currently scheduled for January 13, 2022, at 11:00 a.m. be vacated and continued to March 10, 2022, at 11:00 a.m.

DATED this ____5th____ day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE