1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ATTORNEYS AND
COUNSELORS AT LAW
Office: (775) 284-8888 Fax: (775) 284-3838
P.O. Box 62 ~ Reno, Nevada 89504
327 California Avenue ~ Reno, Nevada 89509

VILORIA,
OLIPHANT,
OSTER &
AMAN L.L.P.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

* * *

UNITED STATES OF AMERICA

        Plaintiff,

vs.

FRANCISCO NAVARRO-DELGADO,

        Defendant.

3:21-cr-00012-LRH-CSD

**ORDER APPROVING**

STIPULATION TO CONTINUE
SENTENCING

IT IS HEREBY STIPULATED AND AGREED by and through THOMAS E. VILORIA, counsel for FRANCISCO NAVARRO-DELGADO, CHRISTOPHER CHIOU, Acting United States Attorney, and ANDOLYN JOHNSON, Assistant United States Attorney, counsel for UNITED STATES OF AMERICA; that the sentencing set for March 10, 2022 11:00 a.m. be continued to May 3, 2022, 11:00 a.m.

The continuance is necessary for the following reasons: Due to counsels' ongoing additional investigation into mitigating factors, the likelihood of motions being filed before sentencing and the need for additional time to effectively prepare for and present each party's sentencing position.

/ / /
/ / /
/ / /
/ / /
/ / /

1421556

-1-

The defendant, who is out of custody, is in agreement that his counsel needs the additional time and consents to continuance of the sentencing

DATED this __22__ day of February, 2022.

/s/ Andolyn Johnson

ANDOLYN JOHNSON
Asst. United States Attorney
Counsel for Government

THOMAS E. VILORIA
VILORIA, OLIPHANT
  OSTER & AMAN, L.L.P.
Counsel for FRANCISCO NAVARRO-DELGADO

I, FRANCISCO NAVARRO-DELGADO, hereby consent to the above and foregoing Stipulation to Continue Sentencing.

**DATED** this __22__ day of February, 2022.

Francisco Navarro-Delgado

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

1421556

-2-

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:21-cr-00012-LRH-CSD |
| Plaintiff, | |
| vs. | **Findings of Fact, Conclusions of Law and Order** |
| FRANCISCO NAVARRO-DELGADO, | |
| Defendant. | |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.     The continuance is necessary for the following reasons.  First, the failure to grant this continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

2.     The defendant does not oppose the continuance.

3.     The parties will need additional time to conduct investigation into mitigating factors and there is a likelihood of motions being filed before sentencing.

4.     The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the defendant sufficient time to complete necessary research and prepare for sentencing

5.     Denial of this request for continuance would deny counsel for the defendant sufficient time to effectively and thoroughly prepare, taking into account the exercise of due diligence.

This is the second stipulation to continue the sentencing filed herein.

/ / /

ATTORNEYS AND
COUNSELORS AT LAW
Office: (775) 284-8888 Fax: (775) 284-3838
P. O. Box 62 ~ RENO, NEVADA 89504
327 CALIFORNIA AVENUE ~ RENO, NEVADA 89509

VILORIA,
OLIPHANT,
OSTER &
AMAN L.L.P.

1421556

-3-

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

## ORDER

IT IS THEREFORE ORDERED that the sentencing currently scheduled for March 10, 2022, at 11:00 a.m. be vacated and continued to May 3, 2022, at 11:00 a.m.

DATED this _23rd_ day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE

ATTORNEYS AND
COUNSELORS AT LAW
Offi:  5) 284-8888 Fax: (775) 284-3838
P.  2 ~ RENO, NEVADA 89504
327 CALIFORNIA AVENUE ~ RENO, NEVADA 89509

VILORIA,
OLIPHANT,
OSTER &
AMAN L.L.P.

1421556

-4-